

U. S. Department of Justice

*United States Attorney*
*Central District of California*

*J. Mark Childs*
*Assistant United States Attorney*     312 North Spring Street
*(213) 894-2433*                        Los Angeles, CA  90012

June 15, 2011

**VIA U.S. MAIL**                       SUBJECT TO A PROTECTIVE
                                        ORDER

Victor Sherman                          Anthony P. Brooklier
Sherman and Sherman PLC                 Marks & Brooklier
2115 Main Street                        10100 Santa Monica Blvd.
Santa Monica, CA 90405-2215             Suite 300
Tel.:(310)399-3259                      Los Angeles, CA 90067
Fax.: (310)392-9029                     Tel.: (310)772-2287
                                        Fax.: (310)772-2286

Stephen Demik
Office of the Federal Public Defender   Donald B. Marks
321 East 2nd Street                     Marks & Brooklier
Los Angeles, CA 90012                   10100 Santa Monica Blvd.
Tel.:(213)894-3143                      Suite 300
Fax.: 213)894-0081                      Los Angeles, CA 90067
                                        Tel.: (310)772-2287
                                        Fax.: (310)772-2286

James R. Tedford, II
Tedford & Associates
301 East Colorado Blvd.
Suite 514
Pasadena, CA 91101
Tel.: (626)793-7270
Fax.: (626)793-7293

**Re: United States of America v. Itzhak Abergil, et al.
      Case Number 08 CR 1033-CAS [Extortion/RICO Counts]**

Dear Counsel,

    I write to notify you that the sentencing for Gabriel Benharosh is set for July 7, 2011 in the case U.S. v. Gabriel Benharosh, CR 11-155 (Judge Gee), U.S. District Court, Central District of California.  In that case, Gabriel Benharosh pled guilty to a conspiracy charge relating to marriage fraud and false statements on immigration documents.

    Within a few days after July 7, 2011, Mr. Benharosh will likely be deported to either Israel or Morocco.  The government believes that Mr. Benharosh will elect to be deported to Morocco.  Mr. Benharosh has agreed to be deported as part of his plea agreement in the above case and, thus, qualifies for immediate deportation from the United States.

    Our office may or may not be calling Gabriel Benharosh as a witness.  Nevertheless, the government does not intend to take steps to prevent Mr. Benharosh's deportation.

    If you wish to call Gabriel Benharosh as a witness, you may want to request an order from Judge Snyder requesting a delay in Mr. Benharosh's deportation.  Without such an order, Mr. Benharosh could be deported as early as July 8, 2011.

    As you are aware, Gabriel Benharosh testified in the <u>U.S. v. Waknine</u> case and submitted to a number of interviews.  In the government's view, Mr. Benharosh has made statements that would be consider helpful to the defense in the charges alleged in the indictment against defendants.  Documents relating to statements of Benharosh include, for example, bates nos.: 87,836-87,851; 88,175-88,179; 88,815-88,821; 88,822-88,824; 89,201-89,215; 89,794-89,796; 89,876-89,885; 89,892-89,894; 127,031-127,094; and 152,187-152,201.

    Gabriel Benharosh is represented by four counsel who are listed on the docket of No. CR 11-155.

_____
J. MARK CHILDS
Assistant United States Attorney